# ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeals of - | ) |
| | ) |
| Pond Constructors, Inc. | ) ASBCA Nos. 62046, 62107, 62108 |
| | ) |
| Under Contract No. W912DY-13-G-0004 | ) |

APPEARANCES FOR THE APPELLANT:      Garrett E. Miller, Esq.
Philip E. Beck, Esq.
Parker Lewton, Esq.
  Smith, Currie & Hancock LLP
  Atlanta, GA

APPEARANCES FOR THE GOVERNMENT:    Michael P. Goodman, Esq.
  Engineer Chief Trial Attorney
Michael L. Graves, Jr., Esq.
Margaret P. Simmons, Esq.
  Engineer Trial Attorneys
  U.S. Army Engineer District, Huntsville

## ORDER OF DISMISSAL

The dispute has been settled.  The appeals are dismissed with prejudice.

Dated:  February 9, 2021

_____
TIMOTHY P. MCILMAIL
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA Nos. 62046, 62107, 62108, Appeals of Pond Constructors, Inc., rendered in conformance with the Board's Charter.

Dated:  February 10, 2021

_____
PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals